UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS W. SOMERVILLE,<br><br>      Petitioner,<br><br> v.<br><br>WARDEN FRAKES,<br><br>      Respondent. | No. C09-5495 BHS/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

  Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

  The Clerk is directed to mail a copy of this Order to Petitioner.

  DATED this  5th  day of October, 2009.

                Karen L. Strombom
                United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1