UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS W. SOMERVILLE,

    Petitioner,

v.

WARDEN FRAKES,

    Respondent.

Case No. C09-5495BHS

ORDER OVERRULING PETITIONER'S OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, AND TRANSFERRING ACTION TO NINTH CIRCUIT

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 6), and Petitioner's Objections to the Report and Recommendation (Dkt. 7).

On October 6, 2009, Judge Strombom issued a Report and Recommendation and recommended that the action should be transferred to the Ninth Circuit because Petitioner had filed a previous petition under 28 U.S.C. § 2254. Dkt. 6 at 1-2. On October 19, 2009, Petitioner filed objections arguing that the issue he brings forth now was not in his first § 2254 petition. Dkt. 7 at 1. Even if the instant issue was not contained in his first § 2254 petition, Petitioner must seek leave from the Ninth Circuit to file a second or successive § 2254 petition. Ninth Circuit Rule 22-3(a). Therefore, the Court overrules Petitioner's objections and adopts the Report and Recommendation.

ORDER – 1

1    The Court having considered the Report and Recommendation, Petitioner's
2    objections, and the remaining record, does hereby find and order:
3        (1)    The Court **OVERRULES** Petitioner's Objections;
4        (2)    The Court adopts the Report and Recommendation; and
5        (3)    This action is administratively closed and shall be transferred to the Ninth
6        Circuit in accordance with Circuit Rule 22-3(a).
7    DATED this 20th day of November, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2