# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS W. SOMERVILLE

v.

WARDEN FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5495BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Petitioner's Objections;

The Court adopts the Report and Recommendation; and

This action is administratively closed and shall be transferred to the Ninth Circuit in accordance with Circuit Rule 22-3(a).

| | |
|---|---|
| November 20, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |